CHARLES W. DANKER, as Administrator, etc., of AGNES DANKER, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.—

Action upon an industrial insurance policy, payment of which was resisted on the ground that decedent had violated the preliminary provision which provided that the policy should not take effect if on the date of its issuance the insured be not in sound health. Judgment of the City Court of Yonkers in favor of the plaintiff and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.